UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN TROXELL, an individual,

                Plaintiff,

-vs-                                            Case No. 8:06-cv-685-T-24MSS

AVON CABINET CORPORATION,
a Florida corporation,

                Defendant.
_____/

**ORDER**

This cause comes before the Court on its own. On July 19, 2006, this Court issued an Endorsed Order to Show Cause, in which it directed Plaintiff to show cause why this case should not be dismissed due to the non-filing of a case management report (Doc. No. 8). The Court warned Plaintiff that if she failed to respond to the Order, the case would be dismissed without further notice. Plaintiff's response was due on July 31, 2006, and to date, Plaintiff has failed to file a response. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED** pursuant to Local Rule 3.10 for lack of prosecution due to Plaintiff's failure to file a case management report. The Clerk is directed to **CLOSE** this case and to terminate all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of August, 2006.

                                                            SUSAN C. BUCKLEW
                                                            United States District Judge

Copies to:
Counsel of Record